# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLENE BRADY | : | 1:20-CV-1280 |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| W.C. ESHENAUR & SON, INC. | : | |
| Defendant. | : | |

## ORDER

**September 29, 2020**

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. 7) is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED**.

3. The Case Management Conference set for September 30, 2020, at 11:30 am is **CANCELLED.**

4. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania